# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MR. TIMOTHY G. BYRD

NO.   2023 CW 0960

VERSUS

MR. JOSE MANUEL RODRIGUEZ

**NOVEMBER 20, 2023**

---

In Re:    Jose Manuel Rodriguez, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202310402.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

> **JMG**
> **WRC**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT